Form a0nprfcl

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

---

In Re:  Sean D. Crum
       Rhonda C. Crum
           Debtor(s)
SSN/TAX ID:
    xxx−xx−0444
    xxx−xx−6725

Case No.: 2:11−bk−59679

Chapter:  13

Judge:  John E. Hoffman Jr.

---

### NOTICE OF FILING OF PROOF OF CLAIM

To: Ohio BWC

Pursuant to Bankruptcy Rule 3004, you are notified that the debtor(s) or Trustee filed a proof of claim on your behalf in the above referenced case.

The proof of claim is available for inspection in the Clerk's Office:

United States Bankruptcy Court
Southern District of Ohio
170 North High Street
Columbus, OH 43215−2414

This proof of claim is referred to as claim # 27

Dated: August 14, 2013

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court