# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio (Columbus)

In re  Sean D. Crum and Rhonda C. Crum                                  Case No.  11-59679
       Debtor                                                            Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, NA

**Court claim no.** (if known): 24

**Date of payment change:** 11/01/2014
Must be at least 21 days after date of this notice

**Last four digits** of any number you use to identify the debtor's account: 8460

**New total payment:** $859.55
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
            Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment:  $669.08         New escrow payment:  $499.33

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No
☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
            If a notice is not attached, explain why:

Current interest rate: _____          New interest rate: _____
Current principal and interest payment: _____          New principal and interest payment: _____

**Part 3: Other Payment Change**

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____       New mortgage payment: _____

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.          ☐ I am the creditor's authorized agent.
                                              (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗   /s/ Lee Gates                                                        Date   09/11/2014
    Vice President

Print:   Lee Gates                                                       Title   Vice President

Company   JPMorgan Chase Bank, N.A.                     Specific Contact Information:
Address    Chase Records Center  Attn: Correspondence Mail    Phone: 214-626-9080
           Mail Code LA4-5555  700 Kansas Lane             Email: Lee.Gates@jpmorgan.com
           Monroe, LA 71203

78925-eda0d222-6f73-4543-b369-3554e72cf2f0

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio (Columbus)

Chapter 13 No. 11-59679

In re:  Judge: John E. Hoffman Jr.

Sean D. Crum and Rhonda C. Crum

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2014, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

| | |
|---|---|
| Debtor: | Sean D. Crum |
| | Rhonda C. Crum |
| | 5400 Patrick Road |
| | Sunbury, OH 43074 |
| | |
| Debtor's Attorney: | Arnold S White |
| | 1335 Dublin Road Suite 201C |
| | Columbus, OH 43215 |
| | |
| Trustee: | Faye D. English |
| | Chapter 13 Trustee |
| | 10 West Broad Street |
| | Suite 900 |
| | Columbus, OH 43215-3449 |

/s/ Lee Gates

Vice President



| | Customer Service Center | 1-800-848-9136 |
|---|---|---|
| | Monday - Friday | 8 a.m. - 12 a.m.(ET) |
| | Saturday | 8 a.m. - 8 p.m. (ET) |
| | **Hearing Impaired (TDD)** | 1-800-582-0542 |

02860 ECA  Z 23114 C -  BRE ZE
RHONDA CRUM
5400 PATRICK RD
SUNBURY OH  43074-9651

### Escrow: Taxes and Insurance Statement

| | |
|---|---|
| Loan Number | |
| Statement Date | 08/19/2014 |
| Review Period | 11/2013 to 10/2014 |
| **Escrow Shortage** | **$459.53** |

### Monthly Home Loan Payment

| | Current Payment | New Payment Effective 11/01/2014 |
|---|---|---|
| Principal & Interest | $360.22 | $360.22 |
| Escrow Account Deposit | $669.08 | $461.04 |
| Plus: Account Balancer/Shortage | $0.00 | $38.29 |
| **Total Payment Amount** | **$1,029.30** | **$859.55** |

**Important Message**

If you are in bankruptcy or have been given a discharge for your bankruptcy, this letter is for information only. This letter is not an attempt to collect a debt. It is not an attempt to collect, assess or recover all or part of the debt from you. If a bankruptcy trustee is making your payments for you, please give a copy of this statement to the trustee.

Your escrow shortage amount does not include any actual shortage that might have been included before you filed for bankruptcy.

Chase automatic mortgage payment customers: If your mortgage payment amount changes after an escrow analysis, we'll adjust your payment for you. **Other online bill payment service or military allotment customers:** If your mortgage payment changes after an escrow analysis, you will need to contact your financial services provider to adjust your payment.

### Summary
**Your escrow account is short $459.53.**

There are many possible reasons for your shortage. Some common reasons include: increases in property taxes and/or insurance premiums, tax reassessments, insurance carrier changes, due date changes, fewer than expected escrow deposits. For more information, call us at the number listed above.

Your escrow account will fall $459.53 short of the minimum required balance of $0.00 in the next 12 months.

**You have three options to pay the shortage:**

| | | |
|---|---|---|
| Option 1: | **Pay All of the shortage now.** | |
| | Use the Escrow Shortage Payment Coupon below. If you pay all of your shortage by 11/01/14, your monthly mortgage payment will be $821.26 starting 11/01/14. | |
| Option 2: | **Pay part of the shortage now.** | |
| | Use the coupon below. The part you don't pay now will be divided evenly and added to your mortgage payment each month. You will see the adjusted amount due in your next statement. | |
| Option 3: | **Pay nothing now.** | |
| | The $459.53 will be divided among the next 12 months. We will add $38.29 to your monthly mortgage payments. Your new monthly payment will be $859.55 starting 11/01/14. | |

▼ Please detach and return the bottom portion of this statement with your payment using the enclosed envelope. ▼



RHONDA CRUM

| | |
|---|---|
| Loan Number | |
| Statement Date | 08/19/2014 |
| **Escrow Shortage** | **$459.53** |

**Important: Please return this coupon with your check.**



CHASE
PO BOX 9001871
LOUISVILLE KY  40290-1871

### Escrow Payment Options

I understand that my taxes and/or insurance has increased and that my escrow account is short $459.53. I have enclosed a check for:

☐ **Option 1: $459.53**, the total shortage amount. I understand that if this is received by 11/01/14 my monthly mortgage payment will be $821.26 starting 11/01/14.

☐ **Option 2:** $ _____ , part of the shortage. I understand that the rest of the shortage will be divided evenly and added to my mortgage payment each month.

☐ **Option 3:** You do not need to do anything if you want to have all of your shortage divided evenly among the next 12 months.

Make your check payable to Chase and please include your loan number on your check.

313002  00045953  00000000  00000000  00001



0000001 1824 140819 Page 1 of 2  02860



## Balancing Your Escrow Account

There needs to be enough money in your escrow account to pay your property taxes and/or insurance. To do that, federal law allows us to require that you keep a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. However, the minimum balance requirement has been waived for your account.

The payments made to and from your escrow account last year help predict your account activity for next year. This year's activity also helps predict what your lowest account balance is likely to be.[1]

To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to pay a shortage or if we need to give you a surplus refund.

| | |
|---|---|
| $0.00 | Your minimum required balance |
| $-2,617.99 | Your estimated lowest account balance for ▇▇▇ |
| **$459.53** | **Your escrow account shortage** |

[1] See the "Estimated Escrow Account Activity" chart in this statement.

## Escrow Account History

The chart below compares this year's activity on your escrow account with our estimates. The estimated amounts came from your last escrow account review.

- Your most recent mortgage payment due was $1,029.30. Your mortgage payment includes principal and interest $360.22 and escrow money $669.08.
- At the time of your last escrow account review, your expected lowest balance was $0.00. The chart below shows that your actual lowest escrow balance was $-3,550.62.

Note: changes in property taxes or insurance premiums create the difference between the estimated and actual amounts in the chart. An "E" in the chart below means expected activity that hasn't occurred yet.

*Indicates a difference between the estimated and actual amounts.

### This Year: November 2013 to October 2014

| Date | Activity | Estimated Amount | Actual Amount | | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|
| | Starting Balance | | | | $1,729.36 | $-3,270.27 |
| 11/2013 | Deposit | $432.32 | $669.08 | * | $2,161.68 | $-2,601.19 |
| 12/2013 | Deposit | $432.32 | $669.08 | * | $2,594.00 | $-1,932.11 |
| 01/2014 | Deposit<br>Withdrawal - COUNTY TAX | $432.32<br>$1,876.46 | $669.08<br>$1,906.75 | *<br>* | $1,149.86 | $-3,169.78 |
| 02/2014 | Deposit | $432.32 | $669.08 | * | $1,582.18 | $-2,500.70 |
| 03/2014 | Deposit<br>Withdrawal - HOMEOWNER IN | $432.32 | $669.08<br>$1,719.00 | *<br>* | $2,014.50 | $-3,550.62 |
| 04/2014 | Deposit<br>Withdrawal - HOMEOWNER IN | $432.32<br>$1,435.00 | $669.08<br>$0.00 | *<br>* | $1,011.82 | $-2,881.54 |
| 05/2014 | Deposit | $432.32 | $669.08 | * | $1,444.14 | $-2,212.46 |
| 06/2014 | Deposit<br>Withdrawal - COUNTY TAX | $432.32<br>$1,876.46 | $669.08<br>$1,906.75 | *<br>* | $0.00 | $-3,450.13 |
| 07/2014 | Deposit | $432.32 | $669.08 | * | $432.32 | $-2,781.05 |
| 08/2014 | Deposit | $432.32 | $669.08 | * | $864.64 | $-2,111.97 |
| 09/2014 | Deposit | $432.32 | $669.08 | E | $1,296.96 | $-1,442.89 |
| 10/2014 | Deposit | $432.32 | $669.08 | E | $1,729.28 | $-773.81 |
| | Total Deposits | $5,187.84 | $8,028.96 | | | |
| | Total Withdrawals | $5,187.92 | $5,532.50 | | | |
| | Account Balance as of 10/2014 | | | | | $-773.81 |

# CHASE

**Escrow: Taxes and Insurance Statement**

| | |
|---|---:|
| Loan Number | |
| Statement Date | 08/19/2014 |
| Review Period | 11/2013 to 10/2014 |
| **Escrow Shortage** | **$459.53** |

02860 ECA  Z 23114 C -  BRE ZE
RHONDA CRUM
5400 PATRICK RD
SUNBURY OH  43074-9651

## Expected Escrow Account Activity

The chart below estimates your escrow account balance for the next 12 months with your new monthly escrow account deposit of $461.04 and any anticipated withdrawals. The chart shows that you will reach your estimated lowest account balance of $-2,617.99 in June 2015 (highlighted below). That is $459.53 short of your minimum required balance of $0.00.

### Next Year: November 2014 to October 2015

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---:|---:|---:|---:|
| | Starting Balance | | | | $-773.81 |
| 11/2014 | Deposit | $461.04 | | $-312.77 | |
| 12/2014 | Deposit | $461.04 | | $148.27 | |
| 01/2015 | Deposit<br>Withdrawal - COUNTY TAX | $461.04<br>$1,906.75 | | $-1,297.44 | |
| 02/2015 | Deposit | $461.04 | | $-836.40 | |
| 03/2015 | Deposit | $461.04 | | $-375.36 | |
| 04/2015 | Deposit<br>Withdrawal - HOMEOWNER IN | $461.04<br>$1,719.00 | | $-1,633.32 | |
| 05/2015 | Deposit | $461.04 | | $-1,172.28 | |
| 06/2015 | Deposit<br>Withdrawal - COUNTY TAX | $461.04<br>$1,906.75 | | $-2,617.99 | |
| 07/2015 | Deposit | $461.04 | | $-2,156.95 | |
| 08/2015 | Deposit | $461.04 | | $-1,695.91 | |
| 09/2015 | Deposit | $461.04 | | $-1,234.87 | |
| 10/2015 | Deposit | $461.04 | | $-773.83 | |
| | Total Estimated Deposits | $5,532.48 | | | |
| | Total Estimated Withdrawals | $5,532.50 | | | |
| | Estimated Account Balance as of October 2015 | | | $-773.83 | |

## Expected Escrow Account Payments

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| COUNTY TAX | $1,906.75 | January 15 | HOMEOWNER IN | $1,719.00 | April 15 |
| COUNTY TAX | $1,906.75 | June 15 | | | |

**Total Tax and Insurance Monthly Payment Amount = $461.04**



**This Page Intentionally Left Blank**